E-FILED
Monday, 25 November, 2024 09:52:00 AM
Clerk, U.S. District Court, ILCD

AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Central District of Illinois

JANE DOE 1 and JANE DOE 2, et al.
*Plaintiff*
v.
CHESTNUT HEALTH SYSTEMS, INC.,
*Defendant*

Case No. 1:24-cv-01475-JBM

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff JANE DOE 1 and JANE DOE 2, .

Date: 11/25/2024

/s/ Andrew E. Mize
*Attorney's signature*

Andrew E. Mize KY BR 94453
*Printed name and bar number*

Stranch, Jennings & Garvery, PLLC
223 Rosa L. Parks Ave, Ste. 200
Nashville, TN 37203
*Address*

amize@stranchlaw.com
*E-mail address*

(615) 254-8801
*Telephone number*

(615) 255-5419
*FAX number*