E-FILED
Friday, 21 February, 2025 01:26:06 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**

| | |
|---|---|
| **JANE DOE 1** and **JANE DOE 2**, on behalf of themselves and all others similarly situated, | Case No. 1:24-cv-01475-JBM |
| Plaintiffs, | **MOTION TO DISMISS** |
| v. | **JURY TRIAL DEMANDED** |
| **CHESTNUT HEALTH SYSTEMS, INC.** | |
| Defendant. | |

**Defendant Chestnut Health Systems, Inc.'s Motion to Dismiss Jane Doe 1's and Jane Doe 2's First Amended Complaint Pursuant Federal Rule of Civil Procedure 12(b)(6)**

Defendant Chestnut Health Systems, Inc. (hereinafter "CHS"), by and through its undersigned counsel, Cipriani & Werner, P.C., respectfully moves this Honorable Court to dismiss Plaintiffs Jane Doe 1's and Jane Doe 2's ("Plaintiffs') First Amended Complaint ("FAC") pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. A brief in support of this Motion is attached hereto and is incorporated by reference.

Date: February 21, 2025

Respectfully Submitted,

/s/

Thomas S. LaSalle, Esquire
John M. Coleman, Esquire
HENNESSY & ROACH, PC
70 W. Madison Street
Suite 1100
Chicago, IL 60602
Phone: 312.346.5310
tlasalle@hennessyroach.com
jcoleman@hennessyroach.com

Jill H. Fertel*
Conor J. Hafertepe*
**CIPRIANI & WERNER, P.C.**
450 Sentry Parkway, Suite 200
Blue Bell, PA 19422
Tel: (610) 567-0700
Fax: (610) 567-0712
E: jfertel@c-wlaw.com
E: chafertepe@c-wlaw.com

*Application to C.D. Ill. pending

*Attorneys for Chestnut Health Systems, Inc.*