E-FILED
Monday, 06 July, 2026  02:46:17 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

JANE DOE 1,

    *Plaintiff,*

v.

CHESTNUT HEALTH SYSTEMS, INC.,

    *Defendant.*

Case No. 1:24-cv-01475-JEH-RLH

## ORDER

The parties have requested a pre-motion discovery conference pursuant to Section VI.B of the Court's Civil Standing Order (effective October 28, 2025). Upon review, the Court orders as follows:

IT IS ORDERED that a Pre-Motion Discovery Conference is set for Tuesday, July 28, 2026, at 10:00 AM CST by telephone. At that time, the parties are directed to dial 551-285-1373 and enter 16095893703#.

IT IS FURTHER ORDERED that, after issuance of this Order but prior to the conference, the parties shall engage in another meet-and-confer—by phone, zoom, or in person—regarding the disputed discovery. This meet-and-confer requirement is *in addition to* the parties' prior conferral obligations under Section VI.A and is intended to ensure that only genuinely unresolved issues are presented to the Court. Email exchanges are insufficient to satisfy this requirement.

IT IS FURTHER ORDERED that the parties shall file a joint status report on the docket no later than noon on Friday, July 24, 2026.  The status report must:

(1) identify any issues that have been resolved;

(2) identify any remaining issues requiring the Court's intervention; and

(3) briefly set forth each party's position as to the remaining issues.

If the dispute is resolved, the parties shall promptly notify the Court, and the conference will be vacated.

The parties are advised that failure to participate in good faith in the meet-and-confer process or in the preparation of the joint status report may result in the imposition of expenses or other appropriate relief under Federal Rule of Civil Procedure 37 and the Court's Standing Order.

*So ordered.*

Entered this 6th day of July, 2026.

s/ Ronald L. Hanna
Ronald L. Hanna
United States Magistrate Judge

2